**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6869

MAURICE JOHNSON,

Plaintiff - Appellant,

versus

RAYMOND J. WEST; THOMAS M. FLOSNICK; FEDERAL
BUREAU OF INVESTIGATION; U.S. DRUG ENFORCEMENT
AGENCY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
03-3406-8-PJM)

Submitted: August 26, 2004      Decided: September 2, 2004

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Maurice Johnson, Appellant Pro Se. Thomas Michael DiBiagio, United
States Attorney, Neil Ray White, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice Johnson appeals the district court's orders dismissing his civil action pursuant to 42 U.S.C. § 1983 (2000), and denying relief on his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's orders and find no reversible error. We affirm the district court's dismissal of Johnson's § 1983 complaint on the reasoning of the district court. Johnson v. West, No. CA-03-3406-8-PJM (D. Md. May 14, 2004). In addition, we find that the district court's denial of Johnson's Rule 59(e) motion was not an abuse of discretion. Temkin v. Frederick County Comm'rs, 945 F.2d 716, 724 (4th Cir. 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED